UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALONZO LAMAR WOMBLE,

 Plaintiff,

v.                   Case No. 20-11494

MACOMB COUNTY et al.,

 Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

  Plaintiff Alonzo Lamar Womble filed a complaint against Defendants Macomb County and several Macomb County police officers. Remaining in the case is a single claim under 42 U.S.C. § 1983 for violations of the Fourth, Eighth, and Fourteenth Amendments (Count I). (ECF No. 1.) All other counts were either withdrawn by stipulation (ECF No. 9), or previously dismissed by the court (ECF No. 3).

  Before the court is Defendants' motion for summary judgment on Count I. (ECF No. 15.) The motion has been fully briefed, and on March 29, 2022, the court held a hearing on the motion. During the hearing, and after reviewing substantial video footage of the incident at issue, the court found that no genuine factual dispute remained as to the objective reasonableness of the Defendant officers' conduct; furthermore, Plaintiff conceded he could not pursue a *Monell* claim against Defendant Macomb County. Therefore, for the reasons stated on the record at the March 29, 2022 hearing, the court granted the motion. Accordingly,

2

IT IS ORDERED that Defendants' Motion for Summary Judgment (ECF No. 15) is GRANTED.

s/Robert H. Cleland            /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 31, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner            /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-11494.WOMBLE.OrderGrantingMSJ.AAB.docx