**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

---

ALONZO LAMAR WOMBLE,

    Plaintiff,

v.                                              Case No. 20-11494

MACOMB COUNTY et al.,

    Defendants.

_____/

**JUDGMENT**

In accordance with the court's Order dated March 31, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Macomb County, Sheriff Anthony Wickersham, Carly Allen, Cody Louton, Daryn Santini, and against Alonzo Lamar Womble. Dated at Port Huron, Michigan this 31st day of March, 2022.

                          KINIKIA ESSIX
                          CLERK OF THE COURT

                          BY: s/Lisa Wagner

Dated:  March 31, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 31, 2022, by electronic and/or ordinary mail.

                          s/Lisa Wagner_____/
                          Case Manager and Deputy Clerk
                          (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-11494.WOMBLE.judgment.AAB.docx